IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA M. NELSON, <br>     Plaintiff | : | CIVIL ACTION |
| vs. | : | No. 08-4785 |
| MICHAEL J. ASTRUE, <br> Commissioner of the <br> Social Security Administration, <br>     Defendant | : | |

ORDER

FILED
JUN 2 6 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

STENGEL, J.

AND NOW, this 25th day of June, 2009, upon consideration of the plaintiff's brief and statement of issues in support of her request for review, the Commissioner's response, and the plaintiff's reply, and after a careful and independent review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for review is GRANTED, and the decision of the Commissioner is REVERSED to the extent that the matter is REMANDED.

3. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.